IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02935-JLK-MEH

RUDOLPH SANDERSON,

    Plaintiff,

v.

FMS INVESTMENT CORPORATION, a Maryland corporation,

    Defendant.

_____

**NOTICE OF SETTLEMENT**
_____

    COME NOW the Plaintiff and Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay its own attorney's fees and costs, once the settlement terms have been completed by the parties. The parties expect this to happen by January 24, 2011.

Dated:  January 12, 2011.

| | |
|---|---|
| s/ David M. Larson | s/ Louis Leonard Galvis |
| David M. Larson | Louis Leonard Galvis |
| Attorney at Law | Sessions, Fishman, Nathan & Israel, LLC |
| 405 S. Cascade Avenue, Suite 305 | 645 Stonington Lane |
| Colorado Springs, CO  80903 | Fort Collins, CO  80525 |
| Telephone: (719) 473-0006 | Telephone:  (970) 223-4420 |
| Attorney for the Plaintiff | Attorneys for the Defendant |